## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSA ALICEA, | : |
| Plaintiff, | : |
| v. | : 3:15-CV-1387 |
| | : (JUDGE MARIANI) |
| LUZERNE COUNTY HOUSING AUTHORITY, et al., | : |
| Defendants. | : |

FILED
SCRANTON
FEB 0 6 2017
PER_____
DEPUTY CLERK

### ORDER

**AND NOW, THIS 6th DAY OF FEBRUARY, 2017**, upon review of Magistrate Judge Mehalchick's Report & Recommendation, (Doc. 56), for clear error and manifest injustice,[1] **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 56), is **ADOPTED**, for the reason stated therein.

2. Defendant City of Wilkes-Barre's Motion to Dismiss, (Doc. 37), is **GRANTED**.

3. Plaintiff's claims against the City of Wilkes-Barre are **DISMISSED WITH PREJUDICE** for failure to state a claim.

4. The Clerk of the Court is directed to **TERMINATE** Defendant City of Wilkes-Barre from this action.

5. Plaintiff's Discovery Motion, (Doc. 48), is **DENIED**.

---

[1] Although the docket contains an entry labeled as Objections to the Report and Recommendation, (Doc. 59), that entry appears to be a Plaintiff's response to Wilkes-Barre Housing Authority's Motion for Summary Judgment. Further, on January 27, 2017, Plaintiff filed a letter with the Court which stated that she had not filed any objections to the Report and Recommendation.

6. The case is **REMANDED** to Magistrate Judge Mehalchick for further proceedings consistent with this Order.

Robert D. Mariani
United States District Judge